No. 60, Misc. COOPER *v.* CRANOR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 66, Misc. MUNROE *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 68, Misc. SHIELDS *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 69, Misc. BAYER *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 70, Misc. HARMON *v.* CRANOR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 71, Misc. TERRY *v.* TEETS, WARDEN. Supreme Court of California. Certiorari denied.

No. 72, Misc. BARR *v.* WARDEN OF THE MARYLAND HOUSE OF CORRECTION. Court of Appeals of Maryland. Certiorari denied.

No. 75, Misc. CLARK *v.* SKEEN, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 79, Misc. PETZ *v.* NEW YORK. County Court of Kings County, New York. Certiorari denied.

No. 80, Misc. JOHNSON *v.* TEETS, WARDEN. Supreme Court of California. Certiorari denied.

No. 83, Misc. CONNOLLY *v.* CRANOR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.